J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OSCAR FERNANDO MACIAS ZAMBRANO,

Petitioner,

v.

JOHNSON, et al.,

Respondents.

Case No. 5:26-cv-02799-PD

**JUDGMENT**

**A # 221-462-379**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted under *Maldonado Bautista* and the remaining claims are dismissed without prejudice as moot.

DATED: July 1, 2026

Patricia Donahue
_____
Patricia Donahue
United States Magistrate Judge